**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-2032

GABRIEL MEADOWS,

Plaintiff - Appellant,

v.

LABCORP,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Richard D. Bennett, Senior District Judge.  (1:19-cv-02149-RDB)

Submitted:  January 21, 2022                      Decided:  February 10, 2022

Before AGEE and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Gabriel Meadows, Appellant Pro Se.  James Walker Coleman, IV, K&L GATES LLP,
Charleston, South Carolina; Stavroula Elias Lambrakopoulos, K&L GATES LLP,
Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gabriel Meadows appeals the district court's order dismissing his employment discrimination claims without prejudice[*] and the district court's order denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Meadows v. Labcorp*, No. 1:19-cv-02149-RDB (D. Md. Mar. 25, 2020; Sept. 10, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Because the defect identified by the district court—failure to prosecute or comply with a court order—is "unrelated to the contents of the pleadings," we conclude that the district court's order is final and appealable. *Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 624 (4th Cir. 2015), *abrogated in part on other grounds by Bing v. Brivo Sys., LLC*, 959 F.3d 605, 611-12 (4th Cir. 2020) (discussing factors this court considers in determining whether order is final and appealable), *cert. denied*, 141 S. Ct. 1376 (2021).